**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **SAMUEL R. HOGSETT, JR.,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   NO.10-CV-010-WDS |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Respondent. | ) |

**ORDER**

**STIEHL, District Judge:**

This matter is before the Court for docket control. The Court previously granted petitioner's motion and petitioner shall file his reply and/or to file an amended petition pursuant to 28 U.S.C. § 2255 and gave him until January 19, 2011, to file his amended pleadings. For the purposes of judicial economy, the Court **FINDS** that it is appropriate to allow petitioner/defendant's counsel an opportunity to determine whether an amended or supplemented petition is necessary before requiring the government to respond to the petition. Accordingly, the government's response shall be filed on or before January 31, 2011. The petitioner's reply, if any, shall be filed on or before February 8, 2011.

**IT IS SO ORDERED**

**DATE: 18 October, 2010**

                                              **/s/  WILLIAM D. STIEHL**
                                                **DISTRICT JUDGE**